EDWIN T. STONE, Plaintiff, v. FENDAL C. CASON, *et al.*, Defendants.

*Reserved from Clackamas.*

The dissolution of an injunction is a technical breach of the injunction bond.

CASON obtained an injunction restraining Stone from running a ferry; which being dissolved, Stone brought this suit on the injunction bond for the loss of ferriages. Cason answered that the ferry was on his land, and Stone had no license or other right to keep it, and that the ferriages would not more than have defrayed the expenses of running it. Stone demurred to this answer, and the question thus raised was adjourned into this court by the District Court of Clackamas County.

*A. Campbell*, for plaintiff.

*J. K. Kelly*, for defendants.

OLNEY, J. The bond is conditioned to pay all costs and damages occasioned by the injunction. This must not be taken strictly by its words, but conditionally, if the injunction was improperly obtained, or should be dissolved. The dissolution of the injunction was a technical breach of the bond, for which nominal damages may be recovered. The matters set forth in the answer go to the question of damages, not to the right of action.

                                        Demurrer sustained.